IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS JEFFERSON FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-229 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| KIMBERLY BARKLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Presently pending before the Court is a document entitled "Motion to Amend Writ of Mandamus" [ECF No. 6] filed by Plaintiff, Thomas Jefferson Fleming. We previously dismissed this civil rights case by Memorandum Order dated November 26, 2012 [ECF No. 5] due to Plaintiff's failure to prosecute.

Having reviewed the Plaintiff's instant Motion, we find that the allegations set forth therein do not relate to this closed case. IT IS THEREFORE ORDERED that, this 29th day of April, 2013, the "Motion to Amend Writ of Mandamus" [ECF No. 6] is DENIED.

s/ Sean J. McLaughlin
United States District Judge

cm:   All parties of record

1